UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-1297 JGB (DTBx)** | Date | February 23, 2015 |
| Title | *Amanda Boyd v. County of Riverside Probation Department* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | ADELE FRAZIER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | Douglas C. Smith |

**Proceedings:**   ORDER To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff for Failure to Appear (IN CHAMBERS)

 By Order of January 23, 2015, the Court set a Scheduling Conference in this matter for 11:00 a.m. on February 23, 2015. (Doc. No. 15.) In violation of Local Rule 16-13, Plaintiff Amanda Boyd, who is representing herself pro se in this matter, failed to attend the conference. The Court ORDERS Plaintiff Amanda Boyd to show cause why she should not be sanctioned for her failure to appear at the Court-ordered scheduling conference. Plaintiff shall respond to this Order to Show Cause by filing a written explanation for her failure to appear by **March 13, 2015.** Plaintiff's failure to respond **may result in termination of this case**.

 **IT IS SO ORDERED.**